UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael Davis on behalf of his minor child, Monica Davis,

Plaintiff,

v.

Board of Education of St. Francis Xavier School,

Defendant.

Case Type: 14, Other Civil

Court File No. 00-CV-176 RHK/RLE

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

---

The parties hereto by and through their respective counsel, hereby stipulate and agree that the Defendants time for Answering or otherwise responding to Plaintiff's Complaint in the above captioned matter is hereby extended up to and including March 14, 2000. It is specifically agreed between the parties that this extension preserves any and all rights of the Defendants to answer, otherwise respond, or assert any and all claims or defenses.

Date: 2-8-00

[signature]

Dorraine A. Larison (203609)
Thomas P. Melloy (191425)
Hall & Byers, P.A.
1010 West St. Germain
Suite 600
St. Cloud, MN 56301
(320)252-4414
Attorneys for Defendants

Date: 2-10-00

[signature]

Leslie L. Lienemann
8400 Lyndale Avenue South, Suite 7
Bloomington, MN 55420
(612) 346-0619
Attorney for Plaintiff

FILED FEB 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

G:\DATA\em\28456\dl020800.stp

**ORDER**

Based on the Stipulation of the parties the time for Defendants to answer or otherwise respond to Plaintiff's Complaint as detailed in the above Stipulation is hereby extended up to and including March 14, 2000.

Dated this 14th day of February, 2000.

Judge of District Court