UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Michael Davis on behalf of his minor child, Monica Davis,

Plaintiff,

v.

Board of Education of St. Francis Xavier School,

Defendant.

Civ. No. 00 CV 176 (RHK/RLE)

**STIPULATION TO AMEND COMPLAINT**

**STIPULATION**

Plaintiff Michael Davis, on behalf of his minor daughter, has scheduled a motion to amend his Complaint to correct the name of Defendant, and the parties wish to stipulate to such amendment. Therefore, the parties, through their undersigned counsel hereby stipulate as follows:

1. Plaintiff may amend his Complaint to correct the name of Defendant, as set forth in the Proposed Amended Complaint attached hereto;

2. Plaintiff shall serve such Amended Complaint upon Defendant within twenty days after receiving the Court's permission to do so; and

3. Defendant shall serve its Amended Answer, if one is required, within twenty days after service of Plaintiff's Amended Complaint.

FILED JUL 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS SO STIPULATED.

Dated: 7-12, 2000

Leslie L. Lienemann
Attorney at Law
8400 Lyndale Avenue South
Suite 7
Bloomington, MN 55420
(952) 346-0619

ATTORNEY FOR PLAINTIFF

Dated: July 10, 2000

Thomas P. Melloy
Hall & Byers, P.A.
1010 West St. Germain
Suite 600
St. Cloud, Minnesota 56301
(320) 252-4414

ATTORNEY FOR DEFENDANT

**ORDER:**

1. Plaintiff may amend his Complaint as attached to this stipulation;

2. Plaintiff shall serve his Amended Complaint on defendant within twenty days of the date of this order;

3. Defendant's Amended Answer, if one is required, shall be served upon Plaintiff within twenty days after service of the Amended Complaint.

IT IS SO ORDERED.

Dated: 7/12, 2000

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson