C 00-176
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of April 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: December 1, 2000.

FILED DEC 05 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | Mary M. Buffie | Donald Nicholas<br>612-338-1919 |
| | vs CV 00-121 RHK/JMM<br>JURY | |
| | Home Depot USA Inc. | Donald Lewis<br>612-338-1838 |
| 2. | Michael Davis etc. | Leslie Lienemann<br>612-346-0619 |
| | vs CV 00-176 RHK/RLE<br>JURY<br>FERGUS FALLS | |
| | The Church of St. Francis | Thomas Melloy<br>320-252-4414 |
| 3. | Robert W. Hasel<br>etal | Craig Diviney<br>612-340-2600<br>Joseph Haag<br>203-461-7306 |
| | vs CV 99-1376 RHK/SRN<br>JURY | |
| | Kerr Corporation etal | Richard Morgan<br>612-339-8682<br><br>Theodore Remaklus<br>513-241-2324 |

| | | |
|---|---|---|
| 4. | Lund Industries Inc. | Philip Caspers<br>612-332-5300 |
| | vs CV 99-1377 RHK/JMM<br>JURY | |
| | GT Styling LLC | David Gross<br>612-336-3000<br><br>David Grace<br>310-282-2000 |
| 5. | Marlene James | Frederick Neff<br>612-831-6555 |
| | vs CV 99-1566 RHK/JMM<br>JURY | |
| | Western National Mutual Insurance Company | James Martin<br>612-831-5793 |
| 6. | Ron Haugen | Leslie Lienemann<br>612-346-0619<br><br>Celeste Culberth<br>612-346-0619 |
| | vs CV 99-1934 RHK/JMM<br>JURY | |
| | Swift-Eckrich Inc., etc. | David McDonald<br>651-223-6600 |

| | | |
|---|---|---|
| 7. | Norman H. Winer | Craig P. Miller<br>612-343-2800 |
| | vs CV 98-532 RHK/JMM<br>JURY | |
| | Raymond C. Leatham<br>G. Edward Dobbs<br>Clark Nichols<br>Ragsdale Livestock Company | Steven Ness<br>952-945-0909<br>Stewart Loper<br>651-291-2954<br>Milton Price Jr. |