UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Michael Davis, on behalf of
his minor child, Monica Davis,

Plaintiff,

vs.

AMENDED
SETTLEMENT CONFERENCE ORDER

The Church of St. Francis
Xavier of Sartell, Minnesota,

Defendant.

Civ. No. 00-176(RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of January, 2001.

* * *

By Order dated December 14, 2000, the Settlement Conference in the above-entitled matter was set for Wednesday, February 14, 2001, at 8:30 o'clock a.m., before Magistrate Judge Raymond L. Erickson, in Court Room No. 2, United States Courthouse, 118 South Mill Street, Fergus Falls, Minnesota. Due to circumstances beyond this Court's control, the time and place of the Settlement Conference need to be changed. The Settlement Conferences will still go forward on **February 14, 2001.** However, the Conference will take place **at 10:00 a.m., in Court Room No. 3, United States Courthouse, Duluth, Minnesota,** according to the following terms:

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE