CV 00-176 - RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR April, 2001 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning April 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** March 8, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by March 15, 2001; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by March 15, 2001. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court. Responses to the Written Objections shall be served and filed (in St. Paul) by March 22, 2001.

Dated: February 5, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| 1. | Michael Davis etc. | Leslie Lienemann<br>612-346-0619 |
| | vs CV 00-176 RHK/RLE<br>JURY<br>FERGUS FALLS | |
| | The Church of St. Francis | Thomas Melloy<br>320-252-4414 |
| 2. | Marlene James | Frederick Neff<br>612-831-6555 |
| | vs CV 99-1566 RHK/JMM<br>JURY | |
| | Western National Mutual<br>Insurance Company | James Martin<br>612-831-5793 |
| 3. | Ron Haugen | Leslie Lienemann<br>612-346-0619<br><br>Celeste Culberth<br>612-346-0619 |
| | vs CV 99-1934 RHK/JMM<br>JURY | |
| | Swift-Eckrich Inc., etc. | David McDonald<br>651-223-6600 |