**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL DAVIS ETC.

Plaintiff,

vs. CV 00-176 RHK/RLE

THE CHURCH OF ST. FRANCIS

Defendant.

**NOTICE OF JURY TRIAL**

A Jury Trial is scheduled for Thursday, April 26, 2001, at 9:00 AM, before Judge Richard H. Kyle, 205 United States Post Office Building, Fergus Falls, Minnesota.

A Pre Trial/Status Conference is scheduled for Wednesday, March 21, 2001 at 8:00 AM in Courtroom #4 in St. Paul, Minnesota.

February 20, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FEB 20 2001