UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Michael Davis on behalf of his minor child, Monica Davis,

Plaintiff,

v.

The Church of St. Francis Xavier of Sartell, Minnesota,

Defendant.

Civ. No. 00 CV 176 (RHK/RLE)

**FINDINGS OF FACT AND ORDER FOR COURT APPROVAL OF A MINOR SETTLEMENT**

---

The above-named matter came before the Honorable Richard H. Kyle, Judge of District Court, on the 14th day of May, 2001, pursuant to the petition of Plaintiff Michael Davis on behalf of his minor daughter.

Based on all the files, records and proceedings herein, the court makes the following

**FINDINGS**

1. Monica Davis is presently 14 years of age;

2. Monica Davis is not presently treating for any injuries sustained as a result of the discrimination and harassment claimed in the Complaint;

3. There are no known outstanding medical bills, liens, subrogation interests or intervenors in this matter;

4. The provisions of the proposed settlement as set forth in the petition on file with the court are fair, just and equitable;

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHEREBY, the court makes the following:

**CONCLUSIONS OF LAW**

The provisions of said settlement should be approved and adopted.

Therefore, the court

**ORDERS:**

1. The Court approves said settlement amount for $22,500.00, as set forth in the petition on file with the court; Attorney Leslie L. Lienemann shall make the following disbursements:

a. Attorney's fees to Leslie L. Lienemann: $7,499.25;

b. Costs and disbursements to Michael Davis of $1,939.77;

c. The balance, $13,060.98, shall be deposited at a state chartered and state licensed federally insured banking institution, and used to purchase a certificate of deposit, which will be maintained in a custodial account in the name of "Monica Davis, a minor, by Michael Davis, her parent and natural guardian""

3. Monica Davis is not presently treating for any injuries sustained as a result of the discrimination and harassment claimed in the Complaint;

4. There are no known outstanding medical bills, liens, subrogation interests or intervenors in this matter;

5. The financial institution chosen by Plaintiff is directed to issue a certificate of deposit in the name of Monica Davis, a minor, and to transmit proof of confirmation of the purchase of the certificate of deposit to the district court clerk within five (5) days after receipt of said deposit. Financial institution is directed to make no disbursements from said deposits

except upon order of this court until Monica Davis attains the age of 18 years on March 1, 2005, at which time said funds may be made available to Monica Davis upon her request and without further order of this court.

6. Petitioner is directed to transfer to the financial institution a copy of this order at the same time the sum of $13,060.98 is transmitted for deposit.

7. Petitioner herein, through his attorney, Leslie L. Lienemann, shall present to Defendant's attorneys releases and dismissal of the lawsuit, subject to the terms of this settlement.

IT IS FURTHER ORDERED that the deposits shall remain with the designated financial institution until Monica Davis reaches the age of majority on the dates indicated above. Time deposits shall be established with a maturity date on or before that date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of majority. On the date of majority the financial institution is hereby authorized to release the funds to Monica Davis upon presentation of the deposit book or other deposit document that has been obtained from the court administrator, without further order of this court.

**BY THE COURT:**

Dated: 1/14, 2001

The Honorable Richard H. Kyle